# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 18, 2024

Mr. James Stuart Baehr
Pelican Institute for Public Policy
400 Poydras Street
Suite 900
New Orleans, LA 70130

    No. 24-30223   Frisard's Transportation v. LABR
                   USDC No. 2:24-CV-347

Dear Mr. Baehr,

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

A **numbered** Table of Contents, with citation to the record, beginning with the lower court docket sheet, is required, see 5th Cir. R. 30.1.7(a), and corresponding tabs must also be **numbered.**

Note: **Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system.** Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. **The certificate of service/proof of service on your proposed sufficient record excerpts MUST be dated on the actual date that service is being made.** Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Rebecca L. Leto
Rebecca L. Leto, Deputy Clerk
504-310-7703

cc:  Mr. Joseph Forrest Busa
     Ms. Alisa Beth Klein
     Ms. Lisa A. Olson