# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM unless otherwise noted).*

**Fifth Cir. Case NO.** 24-30223

Frisard's Transportation, L.L.C., et al.     vs.     U.S. Department of Labor, et al.
(Short Title)

The Clerk will enter my appearance as Counsel for  Please see attached addendum page.

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**    ☐ Petitioner(s)    ☐ Respondent(s)    ☑ Amicus Curiae
☐ Appellant(s)    ☐ Appellee(s)    ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Maurice Baskin                                   mbaskin@littler.com
(Signature)                                          (e-mail address)

Maurice Baskin                                       DC/248898
(Type or print name)                                 (State/Bar No.)

Attorney
(Title, if any)

Littler Mendelson, P.C.
(Firm or Organization)

Address 815 Connecticut Ave., N.W., Suite 400

City & State Washington, DC                          Zip 20006

Primary Tel. (202) 772-2526    Cell Phone: _____    (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Maurice Baskin

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
Honorable Eldon E. Fallon, U.S. District Judge

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes    ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes    ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes    ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case  Yes; prelim. relief 47.7 (4)

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Other plaintiffs (amici here) challenge the same Department of Labor Rule in Coaltion for Workforce Innovation v. Su, No. 1:21-cv-130 (E.D. Tex.)

Name of Court or Agency E.D. Tex.

Status of Appeal (if any) Not currently on appeal; previously remanded by No. 22-40316 (5th Cir.).

Other Status (if not appealed) Brieifing nearly complete on cross-motions for summary judgment.

**NOTE: Attach sheet to give further details.**                    DKT-5A REVISED June 2023

## NOTICE OF APPEARANCE
## ADDENDUM

### Maurice Baskin

The clerk will enter my appearance as Counsel for:  Amici Curiae Coalition for Workforce Innovation; Associated Builders and Contractors of Southeast Texas; Associated Builders and Contractors; Financial Services Institute, Inc.; National Federation of Independent Business; Chamber of Commerce of the United States of America; National Retail Federation; and American Trucking Associations.