# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

June 24, 2024

Mr. Jay R. Carson
Wegman Hessler Valore
6055 Rockside Woods Boulevard
Suite 200
Cleveland, OH 44131

    No. 24-30223   Frisard's Transportation v. LABR
                     USDC No. 2:24-CV-347

Dear Mr. Carson,

We filed your amicus brief. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

Caption on the brief does not agree with the caption of the case in compliance with Fed. R. App. P. 32(a)(2)(C). Caption must exactly match the Court's Official Caption (See Official Caption below)

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Roeshawn Johnson
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. James Stuart Baehr
     Mr. Joseph Forrest Busa
     Ms. Sarah Harbison
     Ms. Alisa Beth Klein
     Ms. Lisa A. Olson
     Mr. Michael S. Raab
     Mr. Jay R. Carson

Case No. 24-30223

Frisard's Transportation, L.L.C.; Louisiana Motor Transport Association, Incorporated; A & B Group, Incorporated; Triple G Express, Incorporated; Northlake Moving and Storage, Incorporated,

    Plaintiffs - Appellants

v.

United States Department of Labor; Julie A. Su, Acting Secretary, U.S. Department of Labor; Jessica Looman, in her official capacity as Administrator of the Wage and Hour Division; United States Department of Labor, Wage and Hour Division,

    Defendants - Appellees