# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Frisard's Transportation, L.L.C.; Louisiana Motor Transport Association, Incorporated; A & B Group, Incorporated; Triple G Express, Incorporated; Northlake Moving and Storage, Incorporated,
    *Plaintiffs-Appellants*,

*v.*

United States Department of Labor; Julie A. Sue, Acting Secretary, U.S. Department of Labor; Jessica Looman, in her official capacity as Administrator of the Wage and Hour Division; United States Department of Labor, Wage and Hour Division,
    *Defendants-Appellees*.

No. 24-30223

### MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE APPELLEE BRIEF

For the reasons that follow, Appellees the United States Department of Labor, et al. respectfully move the Court for a 30-day extension of time, to and including August 16, 2024, within which to file its response brief in this case. Appellants have indicated that they oppose this motion.

1. Appellants filed their opening brief on June 17, 2024. The government's response brief is due July 17, 2024. The government has not requested any prior extensions, and no oral argument date has been set.

2. The requested extension is necessary to allow the government adequate time to prepare its response. Until recently, Joseph Busa was the lead attorney for the government in this appeal. Joseph Busa has recently announced that his last day at the Department of Justice will be July 12, 2024.

Jennifer Utrecht has now assumed primary responsibility for the preparation of the government's brief in this case. Ms. Utrecht, who is new to this matter, filed her appearance on June 28, 2024. In addition to preparing the government's brief in this case, Ms. Utrecht is also responsible for preparing the government's brief in several other matters that require her immediate attention, including *Texas Public Policy Foundation v. United States Department of State*, No. 24-50189 (5th Cir.) (response brief due, as extended, July 12), and *Hernandez v. Causey*, No. 24-60080 (5th Cir.) (response brief due, as twice extended, July 16). Additional

time is thus necessary to permit Ms. Utrecht to familiarize herself with the issues in this case and prepare the government's brief in light of these deadlines.

Michael Raab is the attorney with supervisory responsibility over this case. Mr. Raab is responsible for several other appellate matters with recent and upcoming deadlines, including *Pharmaceutical Coalition for Patient Access v. United States*, No. 24-1230 (4th Cir.) (response brief filed June 28); *Bennett v. Bayer Corp.*, No. 24-1807 (3d Cir.) (amicus brief filed July 2); *The Mary Ferrell Foundation et al. v. Biden*, No. 24-1606 (9th Cir.) (response brief filed July 2); *National Association of Mutual Insurance Companies v. HUD*, No. 23-5275 (D.C. Cir.) (response brief filed July 3); *Seville Industries LLC v. SBA et al.*, No. 24-30170 (5th Cir.) (response brief due July 22); and *Humphrey v. FBI et al.*, No. 24-1328 (9th Cir.) (response brief due July 31).

3. In light of the change in attorney staffing and these upcoming litigation matters, the government respectfully requests a 30-day extension of time, to and including August 16, 2024, to prepare the Appellee Brief. A

3

30-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

4. Appellants' counsel has indicated that appellants oppose this extension.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the filing date for the government's response brief by 30 days, to and including August 16, 2024.

        Respectfully submitted,

        Michael S. Raab

        /s/ *Jennifer L. Utrecht*
        Jennifer L. Utrecht
        *Attorneys*
        *Civil Division, Appellate Staff*
        *U.S. Department of Justice*
        *950 Pennsylvania Ave., N.W., Room 7710*
        *Washington, D.C. 20530*
        *(202) 353-9039*

JULY 2024

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 489 words, according to the word count of Microsoft Word.

/s/ *Jennifer L. Utrecht*
Jennifer L. Utrecht

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                            */s/ Jennifer L. Utrecht*
                                            Jennifer L. Utrecht