# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30223   Frisard's Transportation v. LABR
                  USDC No. 2:24-CV-347

The court has granted an extension of time to and including August 16, 2024, for filing appellees' brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. James Stuart Baehr
Mr. Maurice Baskin
Mr. Joseph Forrest Busa
Mr. Jay R. Carson
Mr. David Dorey
Ms. Sarah Harbison
Mr. Andrew G. I. Kilberg
Ms. Alisa Beth Klein
Mr. Jason J. Mendro
Ms. Lisa A. Olson
Mr. Michael S. Raab
Mr. Eugene Scalia
Ms. Jennifer Utrecht