# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30223   Frisard's Transportation v. LABR
                  USDC No. 2:24-CV-347

The court has granted the motion of Alisa B. Klein to withdraw as counsel in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. James Stuart Baehr
Mr. Maurice Baskin
Mr. Joseph Forrest Busa
Mr. Jay R. Carson
Mr. David Dorey
Ms. Sarah Harbison
Mr. Andrew G. I. Kilberg
Mr. Jason J. Mendro
Ms. Lisa A. Olson
Mr. Michael S. Raab
Mr. Eugene Scalia
Ms. Jennifer Utrecht
Ms. Alisa B. Klein