# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 29, 2024

No. 24-30223    Frisard's Transportation v. LABR
                USDC No. 2:24-CV-347


You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.  Exception:  As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue; record excerpts must be white; Appellee's brief must be red; Appellant's reply brief must be gray. Amicus brief must be green. You may refer to Fed. R. App. P. 32 for guidance.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Pamela F. Trice, Deputy Clerk
                              504-310-7633

Mr. James Stuart Baehr
Mr. Maurice Baskin
Mr. Joseph Forrest Busa
Mr. Jay R. Carson
Mr. David Dorey
Ms. Sarah Harbison
Mr. Andrew G. I. Kilberg
Mr. Jason J. Mendro
Ms. Lisa A. Olson
Mr. Adam R. Pulver
Mr. Michael S. Raab

Mr. Mark Samburg
Mr. Eugene Scalia
Ms. Jennifer Utrecht