# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 23, 2025

Mr. James Stuart Baehr
Pelican Institute for Public Policy
400 Poydras Street
Suite 900
New Orleans, LA 70130

Mr. Maurice Baskin
Littler Mendelson, P.C.
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006

Mr. Joseph Forrest Busa
Municipality of Anchorage
Municipal Attorney's Office
632 W. 6th Avenue
Anchorage, AK 99501

Mr. Jay R. Carson
Wegman Hessler Valore
6055 Rockside Woods Boulevard
Suite 200
Cleveland, OH 44131

Mr. David Dorey
Liff, Walsh & Simmons
181 Harry S. Truman Parkway
Suite 200
Annapolis, MD 21401

Mr. Buck Dougherty
Liberty Justice Center
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735

Ms. Sarah Harbison
Pelican Institute for Public Policy
400 Poydras Street
Suite 900
New Orleans, LA 70130

Mr. Andrew G. I. Kilberg
Gibson, Dunn & Crutcher, L.L.P.
1700 M Street, N.W.
Washington, DC 20036-4504

Mr. Jason J. Mendro
Gibson, Dunn & Crutcher, L.L.P.
1700 M Street, N.W.
Washington, DC 20036-4504

Ms. Lisa A. Olson
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. Adam R. Pulver
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009

Mr. Michael S. Raab
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Mark Samburg
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Mr. Eugene Scalia
Gibson, Dunn & Crutcher, L.L.P.
1700 M Street, N.W.
Washington, DC 20036-4504

Ms. Jennifer Utrecht
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

No. 24-30223   Frisard's Transportation, L.L.C. v. LABR
              USDC No. 2:24-CV-347

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Shea E. Pertuit*
Shea E. Pertuit, Deputy Clerk
504-310-7666

Case No. 24-30223

Frisard's Transportation, L.L.C.; Louisiana Motor Transport Association, Incorporated; A & B Group, Incorporated; Triple G Express, Incorporated; Northlake Moving and Storage, Incorporated,

    Plaintiffs - Appellants

v.

United States Department of Labor; Vincent Micone, Acting Secretary, U.S. Department of Labor; Jessica Looman, in her official capacity as Administrator of the Wage and Hour Division; United States Department of Labor, Wage and Hour Division,

    Defendants - Appellees