# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 24, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30223   Frisard's Transportation, L.L.C. v. LABR
               USDC No. 2:24-CV-347

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Kim M. Pollard, Deputy Clerk
504-310-7635

Mr. James Stuart Baehr
Mr. Maurice Baskin
Mr. Joseph Forrest Busa
Mr. Jay R. Carson
Mr. David Dorey
Mr. Buck Dougherty
Ms. Sarah Harbison
Mr. Andrew G. I. Kilberg
Mr. Jason J. Mendro
Ms. Lisa A. Olson
Mr. Adam R. Pulver
Mr. Michael S. Raab
Mr. Mark Samburg
Mr. Eugene Scalia
Ms. Jennifer Utrecht