# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 24, 2025

Lyle W. Cayce
Clerk

No. 24-30223

Frisard's Transportation, L.L.C.;
Louisiana Motor Transport Association, Incorporated;
A & B Group, Incorporated;
Triple G Express, Incorporated;
Northlake Moving and Storage, Incorporated,

*Plaintiffs—Appellants,*

*versus*

United States Department of Labor;
Vincent Micone, *Acting Secretary, U.S. Department of Labor*;
Jessica Looman,
*in her official capacity as Administrator of the Wage and Hour Division*;
United States Department of Labor, *Wage and Hour Division*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CV-347

_____

ORDER:

IT IS ORDERED that the unopposed motion to continue oral argument is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion to place

the case in abeyance is DENIED as unnecessary.

A decision regarding oral argument will be made after the appellees submit a status report by March 25, 2025. The court would appreciate an earlier report if reasonably possible.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT
