

February 25, 2025

Lyle W. Cayce, Clerk of Court
United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

RE: *Frisard's Transportation, L.L.C., et al v. United States Department of Labor, et al,* Case No. 24-30223

Dear Mr. Cayce:

Pleased be advised that I am withdrawing as counsel of record for the Appellants in the above-captioned matter because I have accepted new employment. The Appellants continue to be represented in this civil appeal by attorneys of record James Baehr and Sarah Harbison.

Specifically, my last day of employment at my current employer, Liberty Justice Center, is February 28, 2025. Previously, I filed notice of appearance and oral argument acknowledgment forms in this appeal. *See* Dkt. ## 85, 87.

At the request of the Appellees, the Court entered an order continuing oral argument, originally scheduled for February 5, to allow the new U.S. President's appointees in the Department of Labor to evaluate this case. *See* Dkt. # 97. And the Court has not rescheduled oral argument at this time.

For these reasons, I respectfully request that my name be withdrawn and removed from all future correspondence, notices, and filings to be served in this case.

Sincerely,

/s/ Buck Dougherty
Buck Dougherty
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone (512) 481-4400
bdougherty@libertyjusticecenter.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2025, the foregoing letter was

filed through the Court's Electronic Filing System, which will send

notice to all counsel appearing in this matter.

//s/ Buck Dougherty
Buck Dougherty
LIBERTY JUSTICE CENTER
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
Telephone (512) 481-4400
bdougherty@libertyjusticecenter.org