IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

FRISARD'S TRANSPORTATION, L.L.C.; LOUISIANA MOTOR TRANSPORT ASSOCIATION, INCORPORATED; A & B GROUP, INCORPORATED; TRIPLE G EXPRESS, INCORPORATED; NORTHLAKE MOVING AND STORAGE, INCORPORATED,

Plaintiffs-Appellants,

v.

UNITED STATES DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER, U.S. Secretary of Labor; PATRICIA DAVIDSON, in her official capacity as Deputy Administrator of the Wage and Hour Division; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION,[*]

Defendants-Appellees.

No. 24-30223

**STATUS REPORT**

Defendants-appellees United States Department of Labor, *et al.*, respectfully respond to this Court's order of January 24, 2025 continuing oral argument and directing appellees to submit a status report by March 25, 2025.

**1.** This appeal involves a challenge to a rule issued by the Department of Labor that provides interpretive guidance regarding how the Department would

---

[*] Pursuant to Fed. R. App. Proc. 43(c)(2), U.S. Secretary of Labor Lori Chavez-DeRemer is automatically substituted for former Acting U.S. Secretary of Labor Julie Su and Deputy Administrator Patricia Davidson is automatically substituted for former Administrator Jessica Looman.

determine the classification of workers as employees or independent contractors under the Fair Labor Standards Act for the purposes of its own enforcement efforts. 89 Fed. Reg. 1638 (Jan. 10, 2024).  This case was originally scheduled for oral argument on February 5, 2025.

**2.**  On January 24, 2025, appellees filed an unopposed motion requesting that this Court continue the oral argument and hold this case in abeyance, with a status report due in 60 days.  That motion noted that, due to the recent change in administration on January 20, 2025, there is new Department of Labor leadership.  The government respectfully submitted that postponement of oral argument would promote the efficient and orderly disposition of this appeal, including by ensuring that any oral argument occurring before this Court would reflect the views of current agency leadership.

This Court granted the unopposed motion to continue oral argument and denied the motion to place the case in abeyance as unnecessary.  The Court's January 24 order directed that a decision regarding oral argument would be made after appellees submit a status report on or before March 25, 2025, and requested that the government provide an earlier report if reasonably possible.

**3.**  Until recently, the Department of Labor did not yet have any Senate-confirmed leadership.  On March 11, 2025, Secretary of Labor Lori Chavez-DeRemer was sworn in as the 30th U.S. Secretary of Labor.  Secretary Chavez-DeRemer and other new Department of Labor leadership are still onboarding and working to

familiarize themselves with the issues in this case and determine how they wish to proceed in this matter and in related litigation challenging the rule. Because new leadership is considering all options, the government respectfully requests that the Court continue to postpone oral argument in order to provide newly confirmed leadership with sufficient time to determine how they wish to proceed. This continued postponement will conserve judicial resources and promote the efficient and orderly disposition of this appeal, including by ensuring that any oral argument occurring before this Court will reflect the views of current agency leadership. Consistent with this Court's January 24 order, the government proposes to file another status report in 60 days—on Monday, May 26, 2025—or earlier, if a determination has been made regarding how to proceed before then.

        Respectfully submitted,

        MICHAEL S. RAAB

        **/s/ Jennifer L. Utrecht**
        JENNIFER L. UTRECHT
        (202) 353-9039
          *Attorneys, Appellate Staff*
          Civil Division
          U.S. Department of Justice
          950 Pennsylvania Ave. N.W.
          Room 7710
          Washington, D.C. 20530

MARCH 2025

# CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system

 **/s/ Jennifer L. Utrecht**
Jennifer L. Utrecht
