# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 26, 2025

Ms. Jennifer Utrecht
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 24-30223   Frisard's Transportation, L.L.C. v. LABR
                       USDC No. 2:24-CV-347

Dear Ms. Utrecht,

The court declines the request for 60 additional days to state your position under new leadership. The Appellees are given an extension to Monday, April 7, 2025, to file a comprehensive status report.

No further extensions will be given.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  *Christy Combel*
                                  By: _____
                                  Christy M. Combel, Deputy Clerk
                                  504-310-7651

cc:
    Mr. James Stuart Baehr
    Mr. Maurice Baskin
    Mr. Joseph Forrest Busa
    Mr. Jay R. Carson
    Mr. David Dorey
    Ms. Sarah Harbison
    Mr. Andrew G. I. Kilberg
    Mr. Jason J. Mendro
    Ms. Lisa A. Olson
    Mr. Adam R. Pulver
    Mr. Michael S. Raab
    Mr. Mark Samburg

Mr. Eugene Scalia
Mr. Reilly Stephens