# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 08, 2025

Mr. Maurice Baskin  
Littler Mendelson, P.C.  
815 Connecticut Avenue, N.W.  
Suite 400  
Washington, DC 20006

Mr. Jay R. Carson  
Wegman Hessler Valore  
6055 Rockside Woods Boulevard  
Suite 200  
Cleveland, OH 44131

Mr. David Dorey  
Liff, Walsh & Simmons  
181 Harry S. Truman Parkway  
Suite 200  
Annapolis, MD 21401

Mr. Adam R. Pulver  
Public Citizen Litigation Group  
1600 20th Street, N.W.  
Washington, DC 20009

Mr. Mark Samburg  
Democracy Forward Foundation  
P.O. Box 34553  
Washington, DC 20043

Mr. Eugene Scalia  
Gibson, Dunn & Crutcher, L.L.P.  
1700 M Street, N.W.  
Washington, DC 20036-4504

Mr. Reilly Stephens  
Liberty Justice Center  
7500 Rialto Boulevard  
Suite 1-250  
Austin, TX 78735

Ms. Jennifer Utrecht
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

No. 24-30223     Frisard's Transportation, L.L.C. v. LABR
USDC No. 2:24-CV-347

Dear Counsel,

As requested in the appellees' Status Report filed April 7, 2025, the court grants the unopposed request to place this matter in abeyance, subject to further order, pending the Department of Labor's reconsideration of the rule at issue. The agency is directed to provide a new status report by May 19, 2025. This abeyance is not indefinite in duration and is subject to reconsideration at any time.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

cc:
  Mr. James Stuart Baehr
  Mr. Joseph Forrest Busa
  Ms. Sarah Harbison
  Mr. Andrew G. I. Kilberg
  Mr. Jason J. Mendro
  Ms. Lisa A. Olson
  Mr. Michael S. Raab